```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

GILDA OLIVARES,

                Plaintiff,

- against -

WILLIAM STONE, ET AL.,

                Defendants.

21 Civ. 8145 (JGK)

<u>ORDER</u>

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by October 26, 2021.

SO ORDERED.

Dated:    New York, New York
           October 5, 2021

                                            John G. Koeltl
                                    United States District Judge