```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

GILDA OLIVARES,

              Plaintiff,         21 Civ. 8145 (JGK)

    - against -                ORDER

WILLIAM STONE, ET AL.,

              Defendants.

JOHN G. KOELTL, District Judge:

    The conference scheduled for December 15, 2021 is canceled.

SO ORDERED.

Dated:    New York, New York
            December 7, 2021

                                                  John G. Koeltl
                                    United States District Judge